# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE:                                                                          Case No.: 18-30400-KKS

JAMES MICHAEL FREELAND, III,                              Chapter 7

_____Debtor._____/

## ORDER GRANTING MOTION FOR
## RELIEF FROM AUTOMATIC STAY [D.E.24]

This case is before the Court upon the Motion for Relief from Automatic Stay [D.E. 24] filed by Creditor, Mortgage America, Inc., hereinafter referred to as "Movant". No party filed an objection within the proscribed time period and the Court therefore considers the matter unopposed. Accordingly, it is

ORDERED:

1.      The Motion for Relief from the Automatic Stay is GRANTED.

2.      The automatic stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may proceed with the enforcement of its security interest upon the following property

**REAL PROPERTY LOCATED AT 7051 COUNTRY OAKS CT., IRVINGTON, AL 36544 AND MORE ACCURATELY DESCRIBED BY ITS LEGAL DESCRIPTION WHICH IS:**

LOT 9, COUNTRY OAKS SUBDIVISION, ACCORDING TO PLAT THEREOF RECORDED IN MAP BOOK 32, PAGE 77 OF THE RECORDS IN THE OFFICE OF THE JUDGE OF PROBATE, MOBILE COUNTY, ALABAMA.

3.      This order is entered for the sole purpose of allowing Movant to obtain an ***in rem judgment*** against the property and Movant shall not seek an in personam judgment against the Debtors.

4. The fourteen (14) day stay period as provided by Rule 4001(a)(3) shall not be waived or reduced.

DONE AND ORDERED on __December 3, 2018_____.

_____
KAREN K. SPECIE
United States Bankruptcy Judge

**Attorney Seth J. Greenhill is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**

Order prepared by:
Seth J. Greenhill, Esq.
Padgett Law Group
sgreenhill@padgettlaw.net