UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                           CASE NO 18-30400-KKS
                                                 Chapter: 7

JAMES MICHAEL FREELAND III,

    DEBTOR(S).
_____/

### NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

TO:  Debtor(s), Creditors, and Parties in Interest

> **NOTICE OF OPPORTUNITY TO
> OBJECT AND REQUEST FOR HEARING**
>
> Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).
>     If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>     If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the trustee/debtor-in-possession intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below.

1. Description of property:

   Real Property located at 7051 Country Oaks Court, Irvington, AL 38544, identified as Mobile County Parcel ID No. 02-38-09-29-0-000-005.10, and described as:

   Lot 9, Country Oaks, according to plat thereof as recorded Map Book 32, Page 77, in the records in the Office of the Judge of Probate, Mobile County, Alabama

2. Manner of Sale:   Private ( X )*      Public Auction ( )

3. Terms of Sale: (include purchaser, if known, price, price terms, whether or not sale is free and clear of liens, names and addresses of lienors, and all other pertinent information)

   a. Private sale to:   Rife Huckabee

   b. **Free and Clear of Liens, encumbrances and Interests.** MortgageAmerica, Inc. holds a first mortgage and note on said real property. Based on a short sale approval letter from the lender, the lender has consented to the payoff identified in the short sale letter.

      MortgageAmerica, Inc. also holds a second mortgage and note on said real property. Based on a payoff letter from the lender, the loan will be paid in full at closing.

   c. Selling price and terms as follows:  $68,300.00 as is in its current condition with full right of inspection.  Buyer is responsible for all inspection fees. Seller does not warrant condition.

d. Additional Terms: Closing will take place within thirty (30) days of issuance of a Court Order authorizing the sale. Seller has agreed to pay real estate commission, owner's title policy, wire fees, and pro-rated taxes for 2019. No seller's property disclosure will be provided. Purchaser shall receive a Trustee's Deed.

Purchaser has made a deposit of $640.00 with the balance to be paid at closing. Purchaser has agreed to pay a buyer's premium to the Estate of $5,000.00.

e. The proceeds from the sale shall be disbursed in the following manner:

| | |
|---|---:|
| Payoff to ServiSolutions (servicer for MortgageAmerica, Inc. re: first mortgage) | $61,988.97 |
| Payoff to ServiSolutions (servicer for MortgageAmerica, Inc. re: second mortgage) | $1,316.86 |
| Brokerage fees (6% of sales price) | $4,098.00 |
| Owner's title insurance | $423.00 |
| Wire fees (2) | $40.00 |
| 2019 property taxes | $423.90 |
| Estate Estimated Recovery | $5,000.00 (buyer's premium) * |

*Any additional interest that accrues between the filing of this notice and order approving sale that cannot be paid from seller's side for the 2nd payoff will be paid from these funds.

4. **Lienors and additional co-owners:**

MortgageAmerica, Inc. holds a first mortgage against said real property. Short sale approval has been obtained from the lender(s). The first mortgage holder, MortgageAmerica, Inc. has agreed to accept $61,988.97 in full and complete satisfaction of its

Page 3 of 6

mortgage and claim against the estate. The second mortgage holder, MortgageAmerica, Inc. has agreed to accept $1,316.86 in full and complete satisfaction of its mortgage and claim against the estate. Further, taxes are due for 2019 in the amount of $423.90. Time is of the essence for Buyer, so the Trustee is filing this Notice contemporaneously with a Motion to Sell Free and Clear of All Liens pursuant to Section 363 of the Bankruptcy Code.

The purchase price was/were established by review of the schedules, any additional documents and testimony provided by parties, negotiated in good faith within the principles of good business judgment with the relevant parties by and through a real estate agent, who marketed and produced the contract before the estate.

*(Applicable to private sales only) The trustee will entertain any higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell. Such bids must be in excess of 10% more than the original bid and must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received (with the applicable deposit) by the trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.*

IF NO HIGHER BIDS ARE RECEIVED TIMELY, THE SALE WILL PROCEED AS SET FORTH IN THIS NOTICE. IF HIGHER BID(S) ARE RECEIVED TIMELY, THE TRUSTEE SHALL CONDUCT A TELEPHONIC OR IN-COURT AUCTION BETWEEN THE BIDDERS WHOSE BIDS ARE NOTICED ABOVE AND ARE RECEIVED TIMELY IN ACCORDANCE WITH THIS NOTICE. ANY BIDDER THAT DOES NOT PARTICIPATE IN ANY AUCTION SCHEDULE IN ACCORDANCE WITH THIS NOTICE IS DISQUALIFIED.

NOTICE IS HEREBY GIVEN that all objections to the same

must state the basis for the objection.  If no objection is filed, the sale described above will take place.

DATED: August 23, 2019        /S/ Mary W. Colón
MARY W. COLÓN
Chapter 7 Trustee
P. O. Box 14596
Tallahassee, FL 32317
Telephone No.: (850) 241-0144
Facsimile: (850) 702-0735
Florida Bar No. 0184012
trustee@marycolon.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** THAT A TRUE AND CORRECT COPY OF THE FOREGOING has been furnished by U.S. Mail with postage prepaid to all persons on the Court's mailing matrix by BK Attorney Services, LLC d/b/a certificateofservice.com and by Trustee to:

Robert J. Barrett, CEO
MortgageAmerica, Inc.
130 Inverness Plaza #339
Birmingham, AL 35242-4800

John B. Johnson, Registered Agent for
Mortgage America, Inc.
1174 Greystone Crest
Birmingham, AL 35242

Seth Greenhill, Esq.
Attorney for Alabama Housing Finance Authority
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

Seth Greenhill, Esq.
ServiSolutions, a Division of Alabama Housing Finance Authority
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

Kim Hastie, Revenue Commissioner
Mobile County Revenue Commission
3925 Michael Blvd., Suite G
Mobile, AL 36609

and by electronic mail to:
Seth Greenhill, Esq., Attorney for Alabama Housing Finance Authority at sgreenhill@padgettlaw.net

on August 23, 2019.

/S/ Mary W. Colón
MARY W. COLÓN

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: JAMES MICHAEL FREELAND, III | CASE NO: 18-30400-KKS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 8/23/2019, I did cause a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, ENCUMBRANCES, AND INTERESTS

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/23/2019

/s/ Mary W. Colon, Chapter 7 Trustee
Mary W. Colon, Chapter 7 Trustee

P O Box 14596
Tallahassee, FL  32317
850 241 0144

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: JAMES MICHAEL FREELAND, III | CASE NO: 18-30400-KKS <br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br> Chapter: 7 |

On 8/23/2019, a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, ENCUMBRANCES, AND INTERESTS

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/23/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon, Chapter 7 Trustee

P O Box 14596
Tallahassee, FL  32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>　LABEL MATRIX FOR LOCAL NOTICING<br>11293<br>CASE 18-30400-KKS<br>NORTHERN DISTRICT OF FLORIDA<br>PENSACOLA<br>FRI AUG 23 11-21-39 EDT 2019 | ALABAMA HOUSING FINANCE AUTHORITY<br>PADGETT LAW GROUP<br>6267 OLD WATER OAK ROAD<br>SUITE 203<br>TALLAHASSEE FL 32312-3858 | BK GLOBAL REAL ESTATE SERVICES<br>1095 BROKEN SOUND PARKWAY SUITE 200<br>BOCA RATON FL 33487-3503 |
| FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | MORTGAGE AMERICA INC<br>PADGETT LAW GROUP<br>6267 OLD WATER OAK ROAD<br>SUITE 203<br>TALLAHASSEE FL 32312-3858 | ACCEPTANCE LOAN<br>3976 B GOVERMENT BLVD<br>MOBILE AL 36693-4723 |
| ACCEPTANCE LOAN COMPANY INC<br>P O BOX 9189<br>MOBILE AL 36691-0189 | ALABAMA CENTRAL CREDIT UNION<br>3601 8TH AVE<br>BIRMINGHAM AL 35222-3218 | ALABAMA CREDIT UNION<br>3601 8TH AVE<br>BIRMINGHAM AL 35222-3218 |
| ALABAMA POWER<br>PO BOX 242<br>BIRMINGHAM AL 35292-0001 | ALABAMA POWER COMPANY<br>ALABAMA POWER CO CO LADONNA AMOS<br>600 NORTH 18TH STREET BOX 17N-0043<br>BIRMINGHAM AL 35203-2200 | AMERICAN FAMILY CARE<br>ATTN HEATHER NELSON<br>PO BOX 734315<br>DALLAS TX 75373-4315 |
| AMSHER COLLECTION SERVICES PC<br>4524 SOUTHLAKE PKWY<br>BIRMINGHAM AL 35244-3271 | ANESTHESIA SERVICES PC<br>51 TACON ST<br>D<br>MOBILE AL 36607-3123 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE BANK USA NA<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CAPITAL ONE BANKKOHLS<br>PO BOX 3115<br>MILWAUKEE WI 53201-3115 | CAPITAL ONE NA<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| CHASE<br>PO BOX 15153<br>WILMINGTON DE 19886-5153 | COMENITY BANKKAY JEWLERY<br>PO BOX 182273<br>COLUMBUS OH 43218-2273 | COMENITY BANKTORRID<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 |
| CREDIT SYSTEMS<br>PO BOX 1088<br>ARLINGTON TX 76004-1088 | DIRECT MANAGEMENT INC<br>4320 DOWNTOWNER LP S<br>MOBILE AL 36609-5446 | DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 5008<br>CAROL STREAM IL 60197-5008 |
| FIRST PREMIER BANK<br>601 S MINNESOTA AVENUE<br>SIOUX FALLS SD 57104-4868 | FORD MOTOR CREDIT CO<br>CO LAWRENCE J BERNARD ESQ<br>480 BUSCH DR<br>JACKSONVILLE FL 32218-5553 | FORD MOTOR CREDIT COMPANY<br>DEPT 55953<br>PO BOX 55000<br>DETROIT MI 48255-2679 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| GAUTIER FAMILY DENTAL<br>2808 HWY 90<br>STE 1<br>GAUTIER MS 39553-5169 | HOLLOWAY CREDIT SOLUTIONS LLC<br>1286 CARMICHAEL WY<br>MONTGOMERY AL 36106-3645 | LINCOLN FINANCIAL<br>PO BOX 542000<br>OMAHA NE 68154-8000 |
| MOBILE SURGERY CENTER<br>6144 A AIRPORT BLVD<br>MOBILE AL 36608-3143 | NORTH WEST FLORIDA CREDIT UNION<br>PO BOX 1229<br>HERNDAS VA 22070 | PENSACOLA BAY REALITY<br>201 E GOVERMENT ST<br>PENSACOLA FL 32502-6018 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA TRUST LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | RADIOLOGY ASSO OF MOBILE<br>6576 AIRPORT BLVD<br>C2<br>MOBILE AL 36608-3786 | SERVI SOLUTION<br>2000 INTRASTATE PARK DR<br>MONTGOMERY AL 36109-5421 |
| SOUTH MISSISSIPPI COLLECTION<br>5001 PARK ST<br>MOSS POINT MS 39563-2733 | SYNCHRONY BANKBELK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 955060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 955060<br>ORLANDO FL 32896-5060 |
| SYNCHRONY BANKROOMS TO GO<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 955060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKTOYS R US<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 955060<br>ORLANDO FL 32896-5060 | TD BANK USATARGET<br>3701 WAYZATA BLVD<br>MINNEAPOLIS MN 55416-3440 |
| TD BANK USA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 248866<br>OKLAHOMA CITY OK 73124-8866 | THDCBNA<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | TRANSWORLD SYSTEMS<br>2235 MERCURY WY 275<br>SANTA ROSA CA 95407-5463 |
| US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US BANKACADEMY<br>PO BOX 108<br>SAINT LOUIS MO 63166-0108 | UNITED STATES TRUSTEE<br>110 E PARK AVENUE<br>SUITE 128<br>TALLAHASSEE FL 32301-7728 |
| J STEVEN FORD<br>WILSON HARRELL FARRINGTON<br>307 S PALAFOX STREET<br>PENSACOLA FL 32502-5929 | DEBTOR<br>JAMES MICHAEL FREELAND III<br>9782 HARLINGTON ST<br>CANTONMENT FL 32533-4530 | MARY W COLON<br>PO BOX 14596<br>TALLAHASSEE FL 32317-4596 |