**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                     **CASE NO 18-30400-KKS**
                                           **Chapter: 7**
**JAMES MICHAEL FREELAND III,**

          **DEBTOR(S).**

_____/

## MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, ENCUMBRANCES, AND INTERESTS

COMES NOW, Mary W. Colón, Chapter 7 Trustee (hereinafter the "Trustee"), and moves for authority to sell improved residential real property fee and clear of all liens, encumbrances and interest, and in support thereof states as follows:

### JURISDICTION

1.     This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (M), (N), and (O).

2.    Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The basis for the relief requested herein are, *inter alia,* 11 U.S.C. §§ 105, 363 and Federal Rules of Bankruptcy Procedure 2002 and 6004.

## BACKGROUND

4.    On April 30, 2018, the Debtor(s) commenced this case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Petition Date").

5.    Mary W. Colón was appointed Chapter 7 Trustee (the "Trustee").

6.    The Debtor owns real property, by virtue of a deed, located at 7051 Country Oaks Court, Irvington, AL 38544, identified as Mobile County Parcel ID No. 02-38-09-29-0-000-005.10, and described as:

Lot 9, Country Oaks, according to plat thereof as recorded Map Book 32, Page 77, in the records in the Office of the Judge of Probate, Mobile County, Alabama

(hereinafter "the Property").

7.   Debtor listed the real property, however, he did not exempt the property, and surrendered the property accordingly.

8.   The Trustee has accepted an offer to purchase the Property in the amount of $68,300.00.

9.   This transaction will be a short sale for the lenders.

10.  Short sale approval has been obtained from the first mortgage lender.  The first mortgage holder, MortgageAmerica, Inc.[1] has agreed to accept $61,988.97 in exchange for release of its lien against the property.  A copy of the approval letter is attached hereto as Exhibit "A".

The second mortgage holder, MortgageAmerica, Inc.[2] has agreed to accept $1,316.86 plus interest in full and complete satisfaction of its mortgage and claim against the estate.  A copy of the payoff letter is attached hereto as Exhibit "B".

---

[1] The First Mortgage is serviced by Servi Solutions, a division of the Alabama Housing Authority, who obtained approval of the short sale from HUD as this is an FHA loan.
[2] This lien is also serviced by Servi Solutions, a division of the Alabama Housing Authority per the MERS registration system.

11. The current offer is the only viable offer presented to the estate, and one which the estate believes is a fair offer given the market. Other homes in the area are selling for a similar price per square foot.

12. The Trustee is not aware of any other liens on the Property.

13. A copy of a proposed settlement statement is attached as Exhibit "C".

## AUTHORITY TO SELL

14. Pursuant to §363(b)(1) of the Bankruptcy Code, a trustee, after notice and hearing, may use, sell or lease property of the estate other than in the ordinary course of business. Additionally, pursuant to §363(f) of the Bankruptcy Code, the trustee may sell property free and clear of any interest in such property of an entity other than the estate if (1) permitted under applicable non-bankruptcy law, (2) the party asserting such interest consents, (3) the interest is a lien and the purchase price of the property is greater than the aggregate amount of all

liens on the property, (4) the interest is subject of a bona fide dispute, or (5) the party asserting the interest could be compelled, in a legal or equitable proceeding, to accept a money satisfaction for such interest.

15. Section 363(f) of the Bankruptcy Code is stated in the disjunctive. Thus, it is only necessary for the Trustee to satisfy one of the five conditions of §363(f).

16. The Trustee avers that she has satisfied section 363(f)(3) insofar as all lienholders, that being MortgageAmerica, Inc. have consented to a sale of the property under section 363(f)(2), and that she should be authorized to sell the Property free and clear of all liens, encumbrances and interests. *The Trustee has contemporaneously filed a Notice of Intent to Sell (with negative notice) the aforesaid property free and clear with this Court and served it upon the creditors and interested parties.*

17. Should the Trustee receive no objection to this Motion or the contemporaneously filed Notice of Intent to Sell Free and Clear of All Liens, it is the intent of the Trustee to

submit an Order to this Court authorizing the Trustee to proceed to close this purchase and distribute the proceeds according to that outlined in the Notice of Intent to Sell Free and Clear of All Liens.

## CONCLUSION

18. The Trustee, in the exercise of her business judgment, believes, and therefore avers, that the proposed sale is in the best interest of the creditors of the bankruptcy estate insofar as there is otherwise no equity in the Property, the Trustee is more familiar with the current market than other interested parties, and a sale under this motion serves the best interest of all interested parties, including the Secured Creditors.  The third party purchaser has agreed, subject to Court approval, to pay to the Trustee the sum of $68,300.00 in exchange for the Property free and clear of all liens, encumbrances, or interests.

19. The estate will receive a buyer's premium in the estimated amount of $5,000.00.  Should any additional interest accrue on the 2nd mortgage payoff that cannot be

paid from seller's funds, the interest will be paid from buyer's premium.

WHEREFORE, the Trustee moves for the entry of an Order substantially in the form attached hereto as Exhibit "D":

A. Authorizing the sale of the Property to Rife Huckabee free and clear of all liens, encumbrances, or interests of any party; and

B. Authorizing the Trustee to take any and all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale of the Property free and clear of all liens, encumbrances, or interests, including without limitation, executing a deed conveying the interests of the Debtor(s) or any other party claiming and interest in the Property to the Purchaser; and

C. Granting the Trustee such other and further relief as is just and proper.

DATED August 23, 2019.

/S/ Mary W. Colón
MARY W. COLÓN
Chapter 7 Trustee
Florida Bar No. 0184012

P. O. Box 14596
Tallahassee, FL 32317
Telephone No.: (850) 241-0144
Facsimile:  (850) 702-0735
trustee@marycolon.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** THAT A TRUE AND CORRECT COPY OF THE FOREGOING has been furnished by U.S. Mail with postage prepaid to all persons on the Court's mailing matrix by BK Attorney Services, LLC d/b/a certificateofservice.com and by Trustee to:

Robert J. Barrett, CEO
MortgageAmerica, Inc.
130 Inverness Plaza #339
Birmingham, AL 35242-4800

John B. Johnson, Registered Agent for
Mortgage America, Inc.
1174 Greystone Crest
Birmingham, AL 35242

Seth Greenhill, Esq.
Attorney for Alabama Housing Finance Authority
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

Seth Greenhill, Esq.
ServiSolutions, a Division of Alabama Housing Finance Authority
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

Kim Hastie, Revenue Commissioner
Mobile County Revenue Commission
3925 Michael Blvd., Suite G
Mobile, AL 36609


<u>and by electronic mail to</u>:
Seth Greenhill, Esq., Attorney for Alabama Housing Finance Authority
at <u>sgreenhill@padgettlaw.net</u>

on August 23, 2019.


<u>/S/ Mary W. Colón</u>
MARY W. COLÓN

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  JAMES MICHAEL FREELAND, III

CASE NO: 18-30400-KKS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**
Chapter: 7

On 8/23/2019, I did cause a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, ENCUMBRANCES, AND INTERESTS

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/23/2019

/s/ Mary W. Colon, Chapter 7 Trustee
Mary W. Colon, Chapter 7 Trustee

P O Box 14596
Tallahassee, FL  32317
850 241 0144

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  JAMES MICHAEL FREELAND, III

CASE NO: 18-30400-KKS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 8/23/2019, a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, ENCUMBRANCES, AND INTERESTS

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/23/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon, Chapter 7 Trustee

P O Box 14596
Tallahassee, FL  32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
11293
CASE 18-30400-KKS
NORTHERN DISTRICT OF FLORIDA
PENSACOLA
FRI AUG 23 11-21-39 EDT 2019

ALABAMA HOUSING FINANCE AUTHORITY
PADGETT LAW GROUP
6267 OLD WATER OAK ROAD
SUITE 203
TALLAHASSEE FL 32312-3858

BK GLOBAL REAL ESTATE SERVICES
1095 BROKEN SOUND PARKWAY SUITE 200
BOCA RATON FL 33487-3503

FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

MORTGAGE AMERICA INC
PADGETT LAW GROUP
6267 OLD WATER OAK ROAD
SUITE 203
TALLAHASSEE FL 32312-3858

ACCEPTANCE LOAN
3976 B GOVERMENT BLVD
MOBILE AL 36693-4723

ACCEPTANCE LOAN COMPANY INC
P O BOX 9189
MOBILE AL 36691-0189

ALABAMA CENTRAL CREDIT UNION
3601 8TH AVE
BIRMINGHAM AL 35222-3218

ALABAMA CREDIT UNION
3601 8TH AVE
BIRMINGHAM AL 35222-3218

ALABAMA POWER
PO BOX 242
BIRMINGHAM AL 35292-0001

ALABAMA POWER COMPANY
ALABAMA POWER CO CO LADONNA AMOS
600 NORTH 18TH STREET BOX 17N-0043
BIRMINGHAM AL 35203-2200

AMERICAN FAMILY CARE
ATTN HEATHER NELSON
PO BOX 734315
DALLAS TX 75373-4315

AMSHER COLLECTION SERVICES PC
4524 SOUTHLAKE PKWY
BIRMINGHAM AL 35244-3271

ANESTHESIA SERVICES PC
51 TACON ST
D
MOBILE AL 36607-3123

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE BANK USA NA
PO BOX 71083
CHARLOTTE NC 28272-1083

CAPITAL ONE BANKKOHLS
PO BOX 3115
MILWAUKEE WI 53201-3115

CAPITAL ONE NA
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

CHASE
PO BOX 15153
WILMINGTON DE 19886-5153

COMENITY BANKKAY JEWLERY
PO BOX 182273
COLUMBUS OH 43218-2273

COMENITY BANKTORRID
PO BOX 182789
COLUMBUS OH 43218-2789

CREDIT SYSTEMS
PO BOX 1088
ARLINGTON TX 76004-1088

DIRECT MANAGEMENT INC
4320 DOWNTOWNER LP S
MOBILE AL 36609-5446

DIRECTV LLC
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 5008
CAROL STREAM IL 60197-5008

FIRST PREMIER BANK
601 S MINNESOTA AVENUE
SIOUX FALLS SD 57104-4868

FORD MOTOR CREDIT CO
CO LAWRENCE J BERNARD ESQ
480 BUSCH DR
JACKSONVILLE FL 32218-5553

FORD MOTOR CREDIT COMPANY
DEPT 55953
PO BOX 55000
DETROIT MI 48255-2679

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

GAUTIER FAMILY DENTAL
2808 HWY 90
STE 1
GAUTIER MS 39553-5169

HOLLOWAY CREDIT SOLUTIONS LLC
1286 CARMICHAEL WY
MONTGOMERY AL 36106-3645

LINCOLN FINANCIAL
PO BOX 542000
OMAHA NE 68154-8000

MOBILE SURGERY CENTER
6144 A AIRPORT BLVD
MOBILE AL 36608-3143

NORTH WEST FLORIDA CREDIT UNION
PO BOX 1229
HERNDAS VA 22070

PENSACOLA BAY REALITY
201 E GOVERMENT ST
PENSACOLA FL 32502-6018

QUANTUM3 GROUP LLC AS AGENT FOR
MOMA TRUST LLC
PO BOX 788
KIRKLAND WA 98083-0788

RADIOLOGY ASSO OF MOBILE
6576 AIRPORT BLVD
C2
MOBILE AL 36608-3786

SERVI SOLUTION
2000 INTRASTATE PARK DR
MONTGOMERY AL 36109-5421

SOUTH MISSISSIPPI COLLECTION
5001 PARK ST
MOSS POINT MS 39563-2733

SYNCHRONY BANKBELK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 955060
ORLANDO FL 32896-5060

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY DEPARTMENT
PO BOX 955060
ORLANDO FL 32896-5060

SYNCHRONY BANKROOMS TO GO
ATTN BANKRUPTCY DEPARTMENT
PO BOX 955060
ORLANDO FL 32896-5060

SYNCHRONY BANKTOYS R US
ATTN BANKRUPTCY DEPARTMENT
PO BOX 955060
ORLANDO FL 32896-5060

TD BANK USATARGET
3701 WAYZATA BLVD
MINNEAPOLIS MN 55416-3440

TD BANK USA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 248866
OKLAHOMA CITY OK 73124-8866

THDCBNA
PO BOX 6497
SIOUX FALLS SD 57117-6497

TRANSWORLD SYSTEMS
2235 MERCURY WY 275
SANTA ROSA CA 95407-5463

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US BANKACADEMY
PO BOX 108
SAINT LOUIS MO 63166-0108

UNITED STATES TRUSTEE
110 E PARK AVENUE
SUITE 128
TALLAHASSEE FL 32301-7728

J STEVEN FORD
WILSON HARRELL FARRINGTON
307 S PALAFOX STREET
PENSACOLA FL 32502-5929

DEBTOR
JAMES MICHAEL FREELAND III
9782 HARLINGTON ST
CANTONMENT FL 32533-4530

MARY W COLON
PO BOX 14596
TALLAHASSEE FL 32317-4596

## PRE-FORECLOSURE SALE ADDENDUM

**Mortgagee:** ALABAMA HOUSING FINANCE AUTHORITY  **Mortgagee Loan #:**

**Address of Property:**   7051 Country Oak Court, Irvington, AL 36544

**Date of Purchase Contract:**

| | |
|---|---|
| **Seller:**  Mary W. Colon, chapter 7 trustee | **Buyer:**  Rife Huckabee |
| **Seller:**  Estate of Freeland 18-30400 | **Buyer:** |

| | |
|---|---|
| **Listing Agent:** | **Buyer's Agent:** |
| *Name:*  Kelly Cummings | *Name:*  Madison Reich |
| *Company:*  The Cummings Company LLC | *Company:* |

| | |
|---|---|
| **Listing Broker:** | **Buyer's Broker:** |
| *Name:* | *Name:* |
| *Company:* | *Company:* |

| | |
|---|---|
| **Escrow Closing Agent:** | **Transaction Facilitator/Negotiator:** *(if applicable)* |
| Jennifer Kuykendall, Crane Title, Inc. | BKGlobal |

This Pre-Foreclosure Sale Addendum ("Addendum") is given by the Seller(s), Buyer(s), Agent(s), Broker(s), and Facilitator/Negotiator to the Mortgagee of the mortgage loan secured by the Property ("Mortgage") in consideration for the mutual and respective benefits to be derived from the pre-foreclosure sale of the Property.

NOW, THEREFORE, the Seller(s), Buyer(s), Agent(s), Broker(s), and Facilitator/Negotiator do hereby represent, warrant and agree under the pains and penalties of perjury, to the best of each signatory's knowledge and belief, as follows:

(a) The sale of the Property is an "arm's length" transaction, between Seller(s) and Buyer(s) who are unrelated and unaffiliated by family, marriage, or commercial enterprise. Additionally, the transaction is characterized by a selling price and other conditions that would prevail in an open market environment and there are no hidden terms or special understandings that exist between any of the parties involved in the transaction including, but not limited to the buyer, seller, appraiser, broker, sales agent (including, but not limited to the listing agent and buyer's agent), closing agent and mortgagee;

 (b) Any relationship or affiliation by family, marriage, or commercial enterprise to the Seller(s) or Buyer(s) by other parties involved in the sale of the Property has been disclosed to the Mortgagee;

(c) There are no agreements, understandings or contracts between the Seller(s) and Buyer(s) that the Seller(s) will remain in the Property as tenants or later obtain title or ownership of the Property, except



that the Sellers(s) are permitted to remain as tenants in the Property for a short term, as is common and customary in the market but no longer than ninety (90) days, in order to facilitate relocation;

(d) Neither the Sellers(s) nor the Buyer(s) will receive any funds or commissions from the sale of the Property except that the Seller(s) may receive a payment if it is offered by the Mortgagee, and, if the payment is made at closing of the sale of the Property, reflected on the HUD-1 Settlement Statement;

(e) There are no agreements, understandings, current or pending higher offers, or contracts relating to the current sale or subsequent sale of the Property that have not been disclosed to the Mortgagee;

(f) The current sale transaction is a market real estate transaction, and the buyer is making an outright purchase of real property;

(g) The current sale transaction will be recorded;

(h) All amounts to be paid to any person or entity, including holders of other liens on the Property, in connection with the pre-foreclosure sale have been disclosed to and approved by the Mortgagee and will be reflected on the HUD-1 Settlement Statement;

(i) Each signatory understands, agrees and intends that the Mortgagee is relying upon the statements made in this Addendum as consideration for the reduction of the payoff amount of the Mortgage and agreement to the sale of the Property;

(j) A signatory who makes a negligent or intentional misrepresentation agrees to indemnify the Mortgagee for any and all loss resulting from the misrepresentation including, but not limited to, repayment of the amount of the reduced payoff of the Mortgage;

(k) This Addendum and all representations, warranties and statements made herein will survive the closing of the pre-foreclosure sale transaction;

(l) Except for the real estate agents and brokers identified in this Addendum, the signatories to this agreement can only serve in one capacity in order to be in compliance with HUD's policies on conflicts of interest and arms-length transactions;

(m) The Listing Agent and Listing Broker certify that the subject property was initially listed in the Multiple Listing Service (MLS) for a period of 15 calendar days before any offers were evaluated;

(n) If multiple offers were under consideration at the time the offer was submitted for acceptance, the Listing Agent and Listing Broker certify that, of all of the offers meeting HUD's guidelines, this offer yielded the highest net return; and

(o) Each signatory certifies that all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate. HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties.

(18 U.S.C. 1001. 1010. 1012; 31 U.S.C. 3729. 3802)

IN WITNESS WHEREOF, I have subscribed my name this _31st_ day of _May_ , 20 _19_ .

(Seller's Signature) By: *Mary Chapter 7 Trustee*

(Seller's Signature) By: **Mary W. Colón**
**Chapter 7 Trustee**

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _____, 20____.

**(Listing Agent's Signature) By:**

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _____, 20____.

**(Listing Broker's Signature) By:**

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _____, 20____.

**(Buyer's Signature) By:**

**(Buyer's Signature) By:**

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _____, 20____.

**(Buyer's Agent's Signature) By:**

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _____, 20____.

**(Buyer's Broker's Signature) By:**

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _____, 20____.

**(Transaction Facilitator's Signature (if applicable)) By:**

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _____, 20____.

**(Escrow Closing Agent's Signature) By:**

# Sales Contract Review
Pre-foreclosure Sale Procedure

**U. S. Department of Housing and Urban Development**
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0589
(exp. 12/31/2019)

**Public reporting burden** for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This information is required to obtain benefits. HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

Section 1064 of the Stewart B. McKinney Homeless Assistance Amendments Act of 1988 authorizes the Secretary to pay an insurance claim that "bridges the gap" between the fair market value proceeds from the HUD-approved third party sale of a property. The respondents are lenders, counselors, and homeowners who are attempting to sell their properties prior to foreclosure. The Privacy Act of 1974 pledges assurances of confidentiality to respondents. HUD generally discloses this data only in response to a Freedom of Information request.

**Do not send this form to the above address.**

| Mortgagee Contact Person: <br> **LaKesha Cope** | Phone number: <br> **334-777-5909** | Account/Control No.: <br> **13646234** | FHA Case Number: <br> **011-6132363-703** |
|---|---|---|---|
| Homeowner's Name <br> **JAMES M FREELAND III** | | Property Address: <br> **7051 COUNTRY OAKS CT** <br> **IRVINGTON AL 36544** | |
| Homeowner's Name <br> **LEIGH R FREELAND** | | | |

**Mortgagee (or HUD) Approval of the Sale Contract is a Pre-Condition of the Sale**

| Date of Sales Contract: <br> **04/05/2019** | Date Contract Received by Mortgagee: <br> **07/05/2019** | Sales Agent & Firm: <br> Kelly Cummings <br> The Cummings Company , LLC | Phone Number: <br> **251-602-1941** | Sales Commission & Rate <br> **4,098.00 / 6%** |
|---|---|---|---|---|
| Offered By: <br> **Rife Huckabee** | | Address: <br> **2316-C Knollwood Drive** <br> **Mobile, AL 36693** | | |

| Listing Price: <br> $ **70,000.00** | Price Offered: <br> $ **68,300.00** | Appraised Value: <br> $ **70,0000.00** | BPO/AVM Value: <br> $ **90,000.00** | Required Net Sales Proceeds: <br> $ **58,800.00** | Estimated Net Sales Proceeds: <br> $ **61,988.97** |
|---|---|---|---|---|---|
| Approval to Participate Issuance Date: <br> **05/13/2019** | | | % Estimated Net Sales Proceeds: <br> ☐ 88%   ☐ 86%   ☐ 84%   ☑ Other % __88.6%__ | | |

The Sales Contract offered by the individuals listed above is:
☑ Accepted          ☐ Rejected (List Reasons below)

The sales contract is **rejected** for the following reason(s):

LaKesha Cope

07/23/2019

Signature          Date

form HUD-90051 (09/2016)

PAYOFF STATEMENT

ServiSolutions
7460 Halcyon Pointe Drive
Suite 200
Montgomery, AL  36117

July 01, 2019

TO:

James M Freeland III
Leigh R Freeland
9782 Harlington St
Cantonment, FL 32533

Loan: 0013646235
Loan Type: Conventional
Property: 7051 Country Oaks CT
Irvington AL 36544

RE: James M Freeland III
    Leigh R Freeland

```
***********************************************
*  ONLY CERTIFIED FUNDS WILL BE ACCEPTED FOR THE  *
*  PAYOFF SHOWN BELOW ON THE CAPTIONED MORTGAGE.  *
***********************************************
```

These figures are good until September 01, 2019
This loan is due for the April 01, 2018 payment.
The 1st mortgage unpaid principal balance is:  $       1,222.74
Interest at 5.87500%                                    107.82

Late Charge Balance                                       2.12
Payoff Fax Fee                                           15.00
Record Satisfaction                                       4.00

* * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $ 1,351.68

Funds received on or after September 01, 2019 2pm CST requires an additional
$.20 interest per Day.  This payoff statement will expire on
September 01, 2019. These figures are subject to verification by our office
and may be adjusted if any check or money order previously received is
rejected by the institution upon which it was drawn.


Issuance of this statement does  not suspend the contract  requirement to
make the mortgage payments when due.  A late charge of $ 1.06 will be
assessed 16 days after a current payment is due and should be added to the
payoff total if received after that time. If this property is sold, please
provide the seller's  forwarding address below  for refund and/or year end
purposes.

If the property has been sold, please be sure to provide Customer Service
your new mailing address as soon as possible.

_____ Payoff Department

XP011/MFT

**EXHIBIT**

"B"

If you prefer to overnight the payoff, you may use the following:
ServiSolutions A Division of AHFA
Attention Payoff Department
7460 Halcyon Pointe Drive Suite 200
Montgomery AL 36117

Our hours of operation are Monday-Friday from 8:00a.m. to 5:00p.m.
Our contact telephone number is 866-339-2432 CST or 855-819-8081 PT
By email payoffs@servsol.com



OMB Approval No. 2502-0265

# A. Settlement Statement (HUD-1)

## B. Type of Loan

| | | |
|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins. | 6. File Number:<br>30454 | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
| 4. ☐ VA  5. ☐ Conv. Ins. | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agents are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower:<br>Rife Huckabee | E. Name & Address of Seller:<br>Marybeth W. Colon, as Trustee for Bankruptcy Estate of James Michael Freeland, III | F. Name & Address of Lender:<br>CASH |
|---|---|---|
| G. Property Location:<br>7051 Country Oaks Court<br>Irvington, AL 36544 | H. Settlement Agent:<br>Crane Title, Inc.<br>2607 Dauphin Street, Suite C, Mobile, AL 36606 | I. Settlement Date: 10/09/2019<br>Disbursement Date: 10/09/2019 |
| | Place of Settlement:<br>2607 Dauphin Street, Suite C, Mobile, AL 36606 | TitleExpress<br>Printed 08/16/2019 at 8:41 am<br>by JK |

| J. Summary of Borrower's Transaction | | | K. Summary of Seller's Transaction | | |
|---|---|---|---|---|---|
| **100.** | **Gross Amount Due from Borrower** | | **400.** | **Gross Amount Due to Seller** | |
| 101. | Contract sales price | 68,300.00 | 401. | Contract sales price | 68,300.00 |
| 102. | Personal property | | 402. | Personal property | |
| 103. | Settlement charges to borrower (line 1400) | 6,511.50 | 403. | | |
| 104. | | | 404. | | |
| 105. | | | 405. | | |
| | Adjustments for items paid by seller in advance | | | Adjustments for items paid by seller in advance | |
| 106. | City/town taxes          to | | 406. | City/town taxes          to | |
| 107. | County taxes          to | | 407. | County taxes          to | |
| 108. | Assessments          to | | 408. | Assessments          to | |
| 109. | | | 409. | | |
| 110. | | | 410. | | |
| 111. | | | 411. | | |
| 112. | | | 412. | | |
| **120.** | **Gross Amount Due from Borrower** | **74,811.50** | **420.** | **Gross Amount Due to Seller** | **68,300.00** |
| **200.** | **Amounts Paid by or in Behalf of Borrower** | | **500.** | **Reductions In Amount Due to Seller** | |
| 201. | Deposit or earnest money | 640.00 | 501. | Excess deposit (see instructions) | |
| 202. | Principal amount of new loan(s) | | 502. | Settlement charges to seller (line 1400) | 4,984.90 |
| 203. | Existing loan(s) taken subject to | | 503. | Existing loan(s) taken subject to | |
| 204. | | | 504. | Payoff of first mortgage loan #0013646234 to ServiSolutions | 61,988.97 |
| 205. | | | 505. | Payoff of second mortgage loan #0013646235 to ServiSolutions | 1,316.86 |
| 206. | | | 506. | | |
| 207. | | | 507. | Disbursed as proceeds ($640.00) | |
| 208. | | | 508. | | |
| 209. | | | 509. | | |
| | Adjustments for items unpaid by seller | | | Adjustments for items unpaid by seller | |
| 210. | City/town taxes          to | | 510. | City/town taxes          to | |
| 211. | County taxes  10/01/2019 to 10/09/2019 | 9.27 | 511. | County taxes  10/01/2019 to 10/09/2019 | 9.27 |
| 212. | Assessments          to | | 512. | Assessments          to | |
| 213. | | | 513. | | |
| 214. | | | 514. | | |
| 215. | | | 515. | | |
| 216. | | | 516. | | |
| 217. | | | 517. | | |
| 218. | | | 518. | | |
| 219. | | | 519. | | |
| **220.** | **Total Paid by/for Borrower** | **649.27** | **520.** | **Total Reduction Amount Due Seller** | **68,300.00** |
| **300.** | **Cash at Settlement from/to Borrower** | | **600.** | **Cash at Settlement to/from Seller** | |
| 301. | Gross amount due from borrower (line 120) | 74,811.50 | 601. | Gross amount due to seller (line 420) | 68,300.00 |
| 302. | Less amounts paid by borrower (line 220) | 649.27 | 602. | Less reductions in amount due seller (line 520) | 68,300.00 |
| **303.** | Cash ☒ From ☐ To Borrower | **74,162.23** | **603.** | Cash ☒ To ☐ From Seller | **0.00** |

The Public Reporting Burden for the collection of information is estimated at 30 minutes per response for collecting, reviewing, and reporting the data. The agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

**EXHIBIT**

"C"

**L. Settlement Charges**

| | | | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|---|---|
| **700.** | **Total Real Estate Broker Fees** | | $4,098.00 | | | | |
| | Division of commission (line 700) as follows: | | | | | | |
| 701. | $2,732.00 | to | Cummings Company, LLC | | | | |
| 702. | $1,366.00 | to | RE/MAX Partners | | | | |
| 703. | Commission paid at settlement | | | | | | 4,098.00 |
| **800.** | **Items Payable in Connection with Loan** | | | | | | |
| 801. | Our origination charge  (includes Origination Point 0.000% or $0.00) | | $ | | (from GFE #1) | | |
| 802. | Your credit or charge (points) for the specific interest rate chosen | | $ | | (from GFE #2) | | |
| 803. | Your adjusted origination charges | | | | (from GFE A) | | |
| 804. | Appraisal fee | to | | | (from GFE #3) | | |
| 805. | Credit report | to | | | (from GFE #3) | | |
| 806. | Tax service | to | | | (from GFE #3) | | |
| 807. | Flood certification | to | | | (from GFE #3) | | |
| 808. | | to | | | | | |
| **900.** | **Items Required by Lender to be Paid in Advance** | | | | | | |
| 901. | Daily interest charges from | from 10/09/2019 to 11/01/2019 @ $0.00/day | | | (from GFE #10) | | |
| 902. | Mortgage insurance premium | months to | | | (from GFE #3) | | |
| 903. | Homeowner's insurance | months to | | | (from GFE #11) | | |
| 904. | | months to | | | (from GFE #11) | | |
| **1000.** | **Reserves Deposited with Lender** | | | | | | |
| 1001. | Initial deposit for your escrow account | | | | (from GFE #9) | | |
| 1002. | Homeowner's insurance | months @ $ | /month | | | | |
| 1003. | Mortgage insurance | months @ $ | /month | | | | |
| 1004. | Property taxes | months @ $ | /month | | | | |
| 1005. | County taxes | months @ $ | 35.33/month | $ | | | |
| 1006. | Assessments | months @ $ | 0.00/month | $ | | | |
| 1007. | Aggregate Adjustment | | | $ | | | |
| **1100.** | **Title Charges** | | | | | | |
| 1101. | Title services and lender's title insurance | | $ | | (from GFE #4) | 275.00 | |
| 1102. | Settlement or closing fee | to Crane Title, Inc. | $275.00 | | | | |
| 1103. | Owner's title insurance - First American Title Insurance Company | | $ | | (from GFE ) | | 423.00 |
| 1104. | Lender's title insurance - First American Title Insurance Company | | $ | | | | |
| 1105. | Lender's title policy limit $0.00  Lender's Policy | | | | | | |
| 1106. | Owner's title policy limit $68,300.00  Owner's Policy | | | | | | |
| 1107. | Agent's portion of the total title insurance premium | | $350.40 | | | | |
| | to Crane Title, Inc. | | | | | | |
| 1108. | Underwriter's portion of the total title insurance premium | | $72.60 | | | | |
| | to First American Title Insurance Company | | | | | | |
| 1109. | Deed Preparation | to Crane Legal, P.C. | | | | 100.00 | |
| 1110. | Wire Fee (2) | to Crane Title, Inc. | | | | | 40.00 |
| 1111. | Closing Coordination | to Ocean Title, LLC | | | | 395.00 | |
| **1200.** | **Government Recording and Transfer Charges** | | | | | | |
| 1201. | Government recording charges | | $ | | (from GFE #7) | 18.00 | |
| 1202. | Deed $18.00 | Mortgage $ | Release $ | | | | |
| 1203. | Transfer taxes | | $ | | (from GFE #8) | 68.50 | |
| 1204. | City/County tax/stamps | Deed $ | Mortgage $ | | | | |
| 1205. | State Tax/Stamps | Deed $68.50 | Mortgage $ | | | | |
| 1206. | Deed $ | Mortgage $ | Release $ | | | | |
| 1207. | E recording | | | | | 10.00 | |
| **1300.** | **Additional Settlement Charges** | | | | | | |
| 1301. | Required services that you can shop for | | | | (from GFE #6) | | |
| 1302. | | to | | | | | |
| 1303. | Pest Inspection | to Lightning Pest Control | | | | 395.00 | |
| 1304. | Buyers Premium | to Marybeth W. Colon, as Trustee for the | | | | 5,000.00 | |
| 1305. | Document Maintenance Fee | to RE/MAX Partners | | | | 250.00 | |
| 1306. | 2019 Property Taxes | to Mobile County Revenue Commission | | | | | 423.90 |
| **1400.** | **Total Settlement Charges** | (enter on lines 103, Section J and 502, Section K) | | | | **6,511.50** | **4,984.90** |

*Paid outside of closing by (B)orrower, (S)eller, (L)ender, (I)nvestor, Bro(K)er. **Credit by lender shown on page 1. ***Credit by seller shown on page 1.

**Signature Page**

## HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

**Buyers**

Rife Huckabee

**Sellers**

MARYBETH W. COLON, AS TRUSTEE FOR BANKRUPTCY ESTATE
OF JAMES MICHAEL FREELAND, III

.

**Settlement Agent**

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT                    DATE

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

Previous editions are obsolete                    Page 3 of 3                    HUD-1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                 **CASE NO: 18-30400-KKS**
                                       **CHAPTER 7**
**JAMES MICHAEL FREELAND III,**

    **Debtor(s),**

_____/

**ORDER GRANTING MOTION TO SELL**
**REAL PROPERTY FREE AND CLEAR OF LIENS,**
**ENCUMBRANCES AND INTERESTS (Doc. )**

**UPON CONSIDERATION** of the Motion to Sell Real Property

Free and Clear of Liens, Encumbrances and Interests (Doc. ),

Trustee filing her Notice of Intent to Sell Property of the Estate (Doc. )

with a twenty-one day negative notice, there being no opposition filed

or asserted thereto, it appearing that adequate Notice of the Motion

has been provided and that no further notice of said Motion need be

given, a hearing was held on 09/25/19, and the Court having

determined that the relief sought in the Motion should be granted and

as further evidenced by the Notice of Intent to Sell Real Property of



EXHIBIT

"D"

the Estate, it is,

ORDERED, as follows:

1.    The Motion is **GRANTED** and the Notice of Intent to Sell
**is APPROVED**.

2.    The Trustee is authorized to sell the Property, located at
7051 Country Oaks Court, Irvington, AL 38544, identified as Mobile
County Parcel ID No. 02-38-09-29-0-000-005.10and described as:

> Lot 9, Country Oaks, according to plat thereof as recorded Map
> Book 32, Page 77, in the records in the Office of the Judge of
> Probate, Mobile County, Alabama

free and clear of all liens, encumbrances, or interests of any party,
including that of MortgageAmerica, Inc., pursuant to those terms
identified in the Notice of Intent to Sell, for the price of $68,300.00 to
the current purchaser; and it is further

3.    The Trustee is authorized to take any and all actions and
to execute any and all documents necessary and appropriate to
effectuate and consummate the terms of said sale of the Property
free and clear of all liens, encumbrances, or interests, including
without limitation, executing a deed conveying the interests of the

Debtor(s), or any other party claiming an interest in the Property, to the current purchaser.

4.    The Trustee is authorized to pay certain expenses from the proceeds of the sale and that the proceeds shall be disbursed in the following manner:

      a. **Payoff to First Mortgage Holder, MortgageAmerica estimated to be $61,988.97.**

      b. **Payoff to Second Mortgage Holder, MortgageAmerica estimated to be $1,316.86.**

      c. **Brokerage Fees (6% of the sales price) - $4,098.00**

      d. **Property taxes for 2019 - $423.90**

      e. **Owner's title insurance - $423.00**

      f. **Wire Fees (2) - $40.00**

      g. **The Estate will receive a buyer's premium estimated to be $5,000.00.**

5.    The Trustee upon execution and closing of the sale, shall deposit the buyer's premium into the estate to be administered by the

Trustee on behalf of the unsecured creditors in accordance with

Bankruptcy procedure.

**DONE AND ORDERED** on _____.


_____
Karen K. Specie
U.S. Bankruptcy Judge

Order Prepared by:
Mary W. Colón, Esq.

Trustee Mary Colón is directed to serve a copy of this order on
interested parties and file a proof of service within three (3) days of
entry of the order.