# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE:  CASE NO: 18-30400-KKS
CHAPTER 7

JAMES MICHAEL FREELAND III,

   Debtor(s),
_____/

## ORDER GRANTING MOTION TO SELL
## REAL PROPERTY FREE AND CLEAR OF LIENS,
## ENCUMBRANCES AND INTERESTS (Doc. 40)

**UPON CONSIDERATION** of the Motion to Sell Real Property Free and Clear of Liens, Encumbrances and Interests (Doc. 40), Trustee filing her Notice of Intent to Sell Property of the Estate (Doc. 39) with a twenty-one day negative notice, there being no opposition filed or asserted thereto, the Court considers the matter unopposed. The Court having determined that the relief sought in the Motion should be granted and as further evidenced by the Notice of Intent to Sell Real Property of the Estate, it is,

   **ORDERED,** as follows:

   1.   The Motion is **GRANTED** and the Notice of Intent to Sell **is APPROVED**.

2.    The Trustee is authorized to sell the Property, located at 7051 Country Oaks Court, Irvington, AL 38544, identified as Mobile County Parcel ID No. 02-38-09-29-0-000-005.10 and described as:

> Lot 9, Country Oaks, according to plat thereof as recorded Map Book 32, Page 77, in the records in the Office of the Judge of Probate, Mobile County, Alabama

free and clear of all liens, encumbrances, or interests of any party, including that of MortgageAmerica, Inc., pursuant to those terms identified in the Notice of Intent to Sell, for the price of $68,300.00 to the current purchaser; and it is further

3.    The Trustee is authorized to take any and all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale of the Property free and clear of all liens, encumbrances, or interests, including without limitation, executing a deed conveying the interests of the Debtor(s), or any other party claiming an interest in the Property, to the current purchaser.

4.    The Trustee is authorized to pay certain expenses from the proceeds of the sale and that the proceeds shall be disbursed in the following manner:

   a. **Payoff to First Mortgage Holder, MortgageAmerica estimated to be $61,988.97.**

   b. **Payoff to Second Mortgage Holder, MortgageAmerica estimated to be $1,316.86.**

   c. **Brokerage Fees (6% of the sales price) - $4,098.00**

   d. **Property taxes for 2019 - $423.90**

   e. **Owner's title insurance - $423.00**

   f. **Wire Fees (2) - $40.00**

   g. **The Estate will receive a buyer's premium estimated to be $5,000.00.**

5. The Trustee upon execution and closing of the sale, shall deposit the buyer's premium into the estate to be administered by the Trustee on behalf of the unsecured creditors in accordance with Bankruptcy procedure.

   **DONE AND ORDERED** on  Sept. 24, 2019  .

                                              _____
                                              Karen K. Specie
                                              Chief U.S. Bankruptcy Judge

Order Prepared by:
Mary W. Colón, Esq.

Trustee Mary Colón is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.